UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LISA MARIE MOULD,

    Plaintiff,

    v.

DEUTSCHE BANK TRUST COMPANY AMERICAS, F/K/A BANKERS TRUST COMPANY, as Trustee,

    Defendant.

Case No. MS05-5004FDB

ORDER OF DISMISSAL

Plaintiff was directed to file a pleading setting forth her claim for relief containing a short, plain statement of the grounds upon which this Court's jurisdiction depends, showing that she is entitled to relief, and a statement of the relief she seeks. Her response was due no later than April 12, 2005, but Plaintiff has failed to abide by the Court's order, as no such pleading has been filed nor has Plaintiff filed any other document. As the Order stated, such failure results in dismissal.

ACCORDINGLY, IT IS ORDERED:   This cause of action is DISMISSED.

DATED this 18th day of April, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1